IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:24CB8 |
| Plaintiff, | |
| vs. | **ORDER TO APPEAR** |
| JOHN W. STERUP, | |
| Defendant. | |

You are ordered to appear for your next court hearing on Tuesday, February 25, 2025 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated: November 26, 2024

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

November 26, 2024
Date

_____
Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANNA STERUP,<br><br>                Defendant. | Case No.: 8:24CB8<br><br>**ORDER TO APPEAR** |

    You are ordered to appear for your next court hearing on Tuesday, February 25, 2025 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

    Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

    Dated: November 26, 2024

                                            BY THE COURT:

                                            s/ Michael D. Nelson
                                            United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

<u>November 26, 2024</u>                                        <u>/s/ Anna Sterup</u>
Date                                                                     Defendant